UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNY LOHMAN,<br><br>      Plaintiff,<br><br> v.<br><br>OFFICER BOLDMAN,<br><br>      Defendant. | Case No. C16-1044-JCC<br><br>ORDER DISMISSING CIVIL RIGHTS ACTION |

  The Court, having reviewed Plaintiff's complaint, Plaintiff's motion to dismiss, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the lack of objections thereto, and the remaining record, hereby finds and ORDERS:

  (1) The Court adopts the Report and Recommendation.

  (2) Plaintiff's motion to dismiss (Dkt. No. 6) is construed as a notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), and this action is DISMISSED without prejudice.

  (3) Plaintiff's request to be relieved of the obligation to pay the filing fee for this action is DENIED. The King County Department of Adult and Juvenile Detention shall continue to withdraw funds from Plaintiff's inmate account in accordance with the Order granting

ORDER DISMISSING CIVIL
RIGHTS ACTION - 1

Plaintiff's application to proceed *in forma pauperis* (Dkt. No. 3) issued by Judge Theiler on July 11, 2016.

    (4)    The Court DIRECTS the Clerk to send copies of this Order to Plaintiff and to the Honorable Mary Alice Theiler.

DATED this 22nd day of September, 2016.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CIVIL
RIGHTS ACTION - 2